**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| GAIL OSBORN, TIM MCCONNELL SEABA, and GORDON SEABA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHAUNCEY MOULDING, KELSEY KOENIG, and JEFFERSON COUNTY, IOWA,<br><br>    Defendants. | Case No. 4:25-cv-00183-SHL-SBJ<br><br><br><br>**DEFENDANTS CHAUNCEY MOULDING AND JEFFERSON COUNTY, IOWA'S ANSWER AND JURY DEMAND** |

**COME NOW** Defendants Chauncey Moulding and Jefferson County, Iowa, and submit their answer and jury demand in the above captioned case. In support thereof they state the following:

## PARTIES

1. Defendants deny the allegations in paragraph 1 for lack of information.

2. Defendants deny the allegations in paragraph 2 for lack of information.

3. Defendants deny the allegations in paragraph 3 for lack of information.

4. Defendants admit paragraph 4.

5. Defendants deny the allegations in paragraph 5 for lack of information.

6. Defendants admit paragraph 6.

7. No response is required to the legal statements contained in paragraph 7. To the extent a response is required, Defendants Moulding and Jefferson County, Iowa deny for lack of information and belief.

## JURISDICTION AND VENUE

1

8. Defendants admit paragraph 8.

9. Defendants admit paragraph 9.

10. Defendants admit in part that Defendant Moulding resides in Jefferson County, Iowa, which is within the Central Division of the Southern District of Iowa; Defendants deny the remaining allegation in paragraph 10 for lack of information.

## GENERAL FACTUAL ALLEGATIONS

11. Defendants admit paragraph 11.

12. Defendants deny the allegations in paragraph 12 for lack of information.

13. Defendants deny the allegations in paragraph 13 for lack of information.

14. Defendants deny the allegations in paragraph 14 for lack of information.

15. Defendants deny the allegations in paragraph 15 for lack of information.

16. Defendants deny the allegations in paragraph 16 for lack of information.

17. Defendants deny the allegations in paragraph 17 for lack of information.

18. Defendants deny the allegations in paragraph 18 for lack of information.

19. Defendants deny the allegations in paragraph 19 for lack of information.

20. Defendants deny the allegations in paragraph 20 for lack of information.

21. Defendants deny the allegations in paragraph 21 for lack of information.

22. Defendants deny the allegations in paragraph 22 for lack of information.

23. Defendants deny the allegations in paragraph 23 for lack of information.

24. Defendants deny the allegations in paragraph 24 for lack of information.

25. Defendants deny the allegations in paragraph 25 for lack of information.

26. Defendants deny the allegations in paragraph 26 for lack of information.

27. Defendants deny the allegations in paragraph 27 for lack of information.

28. Defendants deny the allegations in paragraph 28 for lack of information.

29. Defendants deny the allegations in paragraph 29 for lack of information.

30. Defendants deny the allegations in paragraph 30 for lack of information.

31. Defendants deny the allegations in paragraph 31 for lack of information.

32. Defendants deny the allegations in paragraph 32 for lack of information.

33. Defendants deny the allegations in paragraph 33 for lack of information.

34. Defendants deny the allegations in paragraph 34 for lack of information.

35. Defendants deny the allegations in paragraph 35 for lack of information.

36. Defendants deny the allegations in paragraph 36 for lack of information.

37. Defendants deny the allegations in paragraph 37 for lack of information.

38. Defendants deny the allegations in paragraph 38 for lack of information.

39. Defendants deny the allegations in paragraph 39 for lack of information.

40. Defendants deny the allegations in paragraph 40 for lack of information.

41. Defendants deny the allegations in paragraph 41 for lack of information.

42. Defendants deny the allegations in paragraph 42 for lack of information.

43. Defendants deny the allegations in paragraph 43 for lack of information.

44. Defendants admit paragraph 44.

45. Defendants admit paragraph 45.

46. Defendants admit paragraph 46.

47. Defendants admit paragraph 47.

48. Defendants admit in part that Defendant Moulding spoke with an individual he believes to be Timothy McConnell Seaba and deny the remaining allegations in paragraph 48.

49. Defendants admit in part that Defendant Moulding proceeded up the driveway to the main house and deny the remaining allegations in paragraph 49.

50. Defendants admit in part that Defendant Koenig followed Defendant Moulding up the driveway and deny the remaining allegation in paragraph 50.

51. Defendants admit paragraph 51.

52. Defendants deny the allegations in paragraph 52.

53. Defendants admit in part to the extent that Mr. Seaba refers to Gordon Seaba and deny the remainder of the allegations in paragraph 53.

54. Defendants deny the allegations in paragraph 54.

55. Defendants deny the allegations in paragraph 55.

56. Defendants deny the allegations in paragraph 56.

57. Defendants deny the allegations in paragraph 57.

58. Defendants admit in part to the extent that the "search" was conducted with consent and deny the remainder of the allegations in paragraph 58.

59. Defendants admit paragraph 59.

60. Defendants deny the allegations in paragraph 60 for lack of information.

61. Defendants admit paragraph 61.

62. Defendants admit paragraph 62.

63. Defendants deny the allegations in paragraph 63 for lack of information.

64. Defendants admit paragraph 64.

65. Defendants admit paragraph 65.

66. Defendants admit paragraph 66.

67. Defendants deny the allegations in paragraph 67 for lack of information.

68. Defendants deny the allegations in paragraph 68.

69. Defendants deny the allegations in paragraph 69 for lack of information.

70. Defendants admit paragraph 70.

71. Defendants admit paragraph 71.

72. Defendants deny the allegations in paragraph 72 for lack of information.

73. Defendants deny the allegations in paragraph 73 for lack of information.

74. Defendants deny the allegations in paragraph 74 for lack of information.

75. Defendants deny paragraph 75.

**COUNT 1**
**CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983**
**VIOLATION OF 4TH AMENDMENT TO THE UNITED STATES ONSTITUTION**
**RIGHT TO BE FREE FROM UNREASONABLE SEARCHES**
**(Against Defendants Moulding and Defendant Koenig, Individually)**

76. Defendants admit paragraph 76.

77. Defendants admit paragraph 77.

78. Defendants state that paragraph 78 contains conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations contained therein.

79. Defendants deny the allegations in paragraph 79.

80. Defendants deny the allegations in paragraph 80.

81. Defendants deny the allegations in paragraph 81.

82. Defendants deny the allegations in paragraph 82.

83. Defendants deny the allegations in paragraph 83.

**COUNT 2**
**TRESPASS**
**Against Defendants Moulding**

84. Defendant denies the allegations in paragraph 84.

85. Defendant denies the allegations in paragraph 85.

86. Defendant denies the allegations in paragraph 86.

87. Defendant denies the allegations in paragraph 87.

88. Defendant denies the allegations in paragraph 88.

89. Defendant denies the allegations in paragraph 89.

## COUNT 3
## INVASION OF PRIVACY
### Against Defendant Moulding

90. Defendant denies the allegations in paragraph 90.

91. Defendant denies the allegations in paragraph 91.

92. Defendant denies the allegations in paragraph 92.

## COUNT 4
## RESPONDEAT SUPERIOR
### against Jefferson County

93. Defendants admit in part that Jefferson County, Iowa employed Defendant Moulding and deny the remaining allegations in paragraph 93.

94. Defendants deny the allegations in paragraph 94.

95. Defendants admit the allegations in paragraph 95.

## AFFIRMATIVE DEFENSES

96. Qualified immunity.

97. Failure to state a claim for which legal relief could be granted.

98. Defendant Moulding was not deliberately indifferent or acting in reckless disregard of Plaintiffs' constitutional rights.

99. Defendant Moulding has not violated any established right under the Constitution or laws of the United States or any political subdivision or any act of Congress providing for the protection of civil rights.

100. Defendant Moulding's conduct was excused and/or justified.

101. Defendants Jefferson County, Iowa and Moulding reserve the right to amend their Answer to assert other affirmative defenses as may become necessary or proper to a full defense of this matter.

## JURY DEMAND

Defendants, Chauncey Moulding and Jefferson County, Iowa, by and through counsel hereby demand trial by jury as to all counts in this matter.

Respectfully submitted,

**HOPKINS & HUEBNER, P.C.**

By /s/ *Brent L. Hinders*
   Brent L. Hinders, AT0003519
By /s/ Akosua S. Wiafe
   Akosua S. Wiafe, AT0015804

Hopkins & Huebner, P.C.
2700 Grand Avenue, Suite 111
Des Moines, IA 50312
Telephone: 515.697-4232
Fax: 515-697-4299
E-mail: bhinders@hhlawpc.com
        awiafe@hhlawpc.com

**ATTORNEYS FOR DEFENDANTS
CHAUNCEY MOULDING AND
JEFFERSON COUNTY**

Original Filed.
Copy to:

Attorneys for Plaintiffs

Gina Messamer

Parrish Kruidenier
2910 Grand Avenue
Des Moines, IA  50312
Telephone: (515) 284-5737
Facsimile: (515) 283-1704
gmessamer@ParrishLaw.com

Edward G. Harvey AT0003350
1600 Wonder Way
Fairfield IA, 52556
Telephone: (641) 919-8696
Email: edwardharvey98@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 27th day of August, 2025.

By ☐ U.S. Mail ☐ Fax

☐ Hand Delivery ☒ Electronically through CM-

ECF ☐ Private Carrier ☐ Other:_____

Signature*/s/* Sheila Cassady