| | |
|---|---|
| GAIL OSBORN, TIM MCCONNELL SEABA, AND GORDON SEABA, <br><br> Plaintiffs, <br><br> v. <br><br> CHAUNCEY MOULDING, KELSEY KOENIG, AND JEFFERSON COUNTY IOWA, <br><br> Defendants. | Case No. 4:25-cv-183 -SHL-SBJ <br><br><br> **DEFENDANT KELSEY KOENIG'S MOTION FOR SUMMARY JUDGMENT** |

**COMES NOW** Defendant, Kelsey Koenig, and for her Motion for Summary Judgment under Federal Rule of Civil Procedure 56, states the following:

1.      Plaintiffs filed their Petition on May 22, 2025.  (Doc. 1).

2.      The dispositive motion deadline is May 29, 2026.  (Doc. 15).

3.      Defendant Koenig is a child protection worker for the Iowa Department of Health & Human Services ("IHHS") and, at all times relevant, she was acting in the scope of her duties.

4.      In Plaintiffs' Petition, they allege one count against Defendant Kelsey Koenig for violation of their constitutional rights under 42 U.S.C. ¶ 1983.

5.      Plaintiffs allege that Defendant Koenig violated their Fourth Amendment Rights under the United States Constitution by engaging in an unlawful search of their property for a reported child.

6.      Defendant Koenig now brings this motion and asks this Court to dismiss Plaintiffs' claim against her on the basis of qualified immunity.  As more thoroughly explained in Defendant's memorandum, Defendant Koenig acted reasonably under the circumstances and did not violate Plaintiffs' constitutional rights.  She first obtained consent to search Plaintiffs' property, which

1

included outbuildings and abandoned vehicles. In addition, exigent circumstances existed to conduct this search and the "community caretaking" exception to the warrant requirement also applied. The law was also not clearly established that Defendant Koenig knew she would be violating Plaintiffs' constitutional rights when she obtained permission from the property owner, Plaintiff Gordon Seaba, before engaging in a limited search of his property for the reported child. Therefore, Defendant Koenig is entitled to qualified immunity for the investigatory actions she took in this case and her motion summary judgment should be granted.

Respectfully Submitted,

**BRENNA BRID**
Attorney General of Iowa

**/s/ RYAN P. SHEAHAN**
**RYAN P. SHEAHAN**
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
PHONE: (515) 281-6658
FAX: (515) 281-4209
E-MAIL: ryan.sheahan@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on May 29, 2026.

☐ U.S. Mail      ☐ FAX
☐ Hand Delivery      ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/Jodi R. Watson