| | |
|---|---|
| GAIL OSBORN, TIM MCCONNELL SEABA, AND GORDON SEABA, <br><br> Plaintiffs, <br><br> vs. <br><br> CHAUNCEY MOULDING, KELSEY KOENIG, AND JEFFERSON COUNTY IOWA, <br><br> Defendants. | Case No.: 4:25-cv-183 -SHL-SBJ <br><br><br> **DEFENDANTS CHAUNCEY MOULDING AND JEFFERSON COUNTY, IOWA'S MOTION FOR SUMMARY JUDGMENT (ORAL ARGUMENT REQUESTED)** |

COME NOW Defendants Chauncey Moulding and Jefferson County, Iowa, pursuant to Fed. R. Civ. P. 56, and move for summary judgment. In support of their Motion, Defendants state as follows:

1. There are no genuine issues of material fact with respect to the matters set forth in Defendants' Statement of Undisputed Material Facts filed herewith.

2. Defendants are entitled to judgment as a matter of law because:

   a. Jefferson County law enforcement searched with the consent of all Plaintiffs;

   b. Moulding searched the premises with the consent of the life tenant;

   c. Plaintiffs Timothy McConnell Seaba and Gail Osborn had no readily apparent privacy interest in their alleged "tiny home;"

   d. Moulding relied on the actual and apparent authority of the life tenant;

   e. Moulding's warrantless search relied on an exigency to render emergency aid;

f. The Defendants are entitled to qualified immunity;

g. Moulding did not trespass because he had the consent of the life tenant to be on and search the premises;

h. Moulding had consent from the life tenant and therefore did not violate an expected privacy interest;

i. Respondeat superior does not attach to Defendant Jefferson County, Iowa, for Plaintiffs' 42 U.S.C. § 1983 claim; and

j. Respondeat superior does not attach to Defendant Jefferson County, Iowa, for Plaintiffs' state law claims because Moulding is entitled to qualified immunity.

3. Defendants' Statement of Undisputed Material Facts, Appendix of Supporting Documents, and Brief in Support of Motion for Summary Judgment are filed herewith and incorporated in this Motion.

WHEREFORE, Defendants pray for entry of judgment in their favor. Defendants, Chauncey Moulding and Jefferson County, Iowa, respectfully request the Court allow oral argument on this Motion for Summary Judgment.

Respectfully submitted,

HINDERS, UPDEGRAFF, FRANKLIN &
LIMKEMANN, P.L.C.


By */s/ Brent L. Hinders*
    Brent L. Hinders, AT0003519
    1104 Sunset Dr.
    Norwalk, IA 50211
    Telephone: 515-8917044
    brent@hinderslaw.com

ATTORNEY FOR DEFENDANTS
CHAUNCEY MOULDING AND
JEFFERSON COUNTY, IOWA

**ORIGINAL FILED.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29th, 2026, I presented the foregoing to the Clerk of the court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Gina Messamer
Kyle Dawson
Parrish Krudenier
2910 Grand Ave,
Des Moines, IA 50312
T: (515) 284-5737
F: (515) 284-1704
gmessamer@parrishlaw.com
kdawson@parrishlaw.com
ATTORNEYS FOR PLAINTIFFS


Ryan Sheahan
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building, 2nd Floor
Des Moines, IA 50319
T: (515) 281-6658
F: (515) 281-4209
ryan.sheahan@ag.iowa.gov
ATTORNEY FOR DEFENDANT KELSEY KOENIG


By */s/ Brent L. Hinders*