**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

|  |  |
|---|---|
| GAIL OSBORN, TIM MCCONNELL SEABA, AND GORDON SEABA, <br><br>    Plaintiffs, <br><br> vs. <br><br> CHAUNCEY MOULDING, KELSEY KOENIG, AND JEFFERSON COUNTY IOWA, <br><br>    Defendants. | Case No.: 4:25-cv-183 -SHL-SBJ <br><br> **MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

COME NOW Defendants Chauncey Moulding and Jefferson County, Iowa, pursuant to LR 7(h), and hereby request leave to allow the Defendants to file an overlength Brief in Support of Motion for Summary Judgment.

1.      The Defendants seek leave to file their Brief in Support of Motion for Summary Judgment of 36 pages.

2.      The issues addressed by the Defendants' Brief in Support of Motion for Summary Judgment are of substantial public importance and require thorough analysis.

3.      The Defendants request for 16 additional pages is a minor deviation from the local rules.

4.      A copy of the Brief in Support of Motion for Summary Judgment is attached to this motion.

5.      For these reasons, good cause exists for the proposed overlength Brief in Support of Motion for Summary Judgment.

WHEREFORE, Defendants pray this Court grant their motion for leave to file an overlength Brief in Support of Motion for Summary Judgment up to and including 36 pages.

Respectfully submitted,

HINDERS, UPDEGRAFF, FRANKLIN & LIMKEMANN, P.L.C.

By */s/ Brent L. Hinders*
    Brent L. Hinders, AT0003519
    1104 Sunset Dr.
    Norwalk, IA 50211
    Telephone:  515-8917044
    brent@hinderslaw.com
    ATTORNEY FOR DEFENDANTS
    CHAUNCEY MOULDING AND
    JEFFERSON COUNTY, IOWA

**ORIGINAL FILED.**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29th, 2026, I presented the foregoing to the Clerk of the court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Gina Messamer
Kyle Dawson
Parrish Krudenier
2910 Grand Ave,
Des Moines, IA 50312
T: (515) 284-5737
F: (515) 284-1704
gmessamer@parrishlaw.com
kdawson@parrishlaw.com
ATTORNEYS FOR PLAINTIFFS


Ryan Sheahan
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building, 2nd Floor
Des Moines, IA 50319
T: (515) 281-6658
F: (515) 281-4209
ryan.sheahan@ag.iowa.gov
ATTORNEY FOR DEFENDANT KELSEY KOENIG


By */s/ Brent L. Hinders*