| | |
|---|---|
| **GAIL OSBORN, TIMOTHY MCCONNELL-SEABA, and GORDON SEABA,** | Case No. 4:25-cv-183 |
| **Plaintiffs,** | |
| **vs.** | **MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY ON ALL COUNTS IN FAVOR OF OSBORN AND MCCONNELL-SEABA** |
| **CHAUNCEY MOULDING, KELSEY KOENIG, and JEFFERSON COUNTY, IOWA,** | |
| **Defendants.** | |

**COME NOW** Plaintiff Gail Osborn and Timothy McConnell-Seaba and for their Motion for Partial Summary Judgment on Liability on all Counts, respectfully state as follows:

1.      Plaintiffs' petition raises three claims: 1) Fourth Amendment violation against Defendants Moulding and Koenig; 2) Trespass against Defendant Moulding; 3) Invasion of Privacy against Defendant Moulding; and 4) Respondeat Superior against Defendant Jefferson County.

2.      This matter arises from an unlawful search of Osborn and McConnell-Seaba's dwelling and its curtilage.

3.      The undisputed facts establish that Defendants Koenig and Moulding violated clearly established 4th Amendment law and are not entitled to qualified immunity.

4.      For the reasons set forth in Osborn and McConnell-Seaba's concurrently filed Brief in Support of Motion for Summary Judgment, Statement of Undisputed Facts, and Appendix, they are entitled to summary judgment as to Defendants' liability on all

1

Counts of their petition. Osborn and McConnell-Seaba are not moving for summary judgment as to damages.

WHEREFORE, Osborn and McConnell-Seaba respectfully request that the Court enter an order granting this partial motion for summary judgment and set this matter for trial as to damages.

**PARRISH KRUIDENIER, L.L.P.**

By: ___/s/ Gina Messamer_____
  Gina Messamer   AT0011823
  2910 Grand Avenue
  Des Moines, Iowa 50312
  Telephone: (515) 284-5737
  Facsimile: (515) 284-1704
  Email: gmessamer@parrishlaw.com
  **ATTORNEY FOR PLAINTIFFS**

By: ___/s/ Edward Harvey_____
  Edward G. Harvey   AT0003350
  1600 Wonder Way
  Fairfield IA, 52556
  Telephone: (641) 919-8696
  Email: edwardgharvey98@yahoo.com
  **ATTORNEY FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on May 29, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: ___/s/ Gina Messamer_____