**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| GAIL OSBORN, TIM MCCONNELL SEABA, and GORDON SEABA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHAUNCEY MOULDING, KELSEY KOENIG, and JEFFERSON COUNTY, IOWA,<br><br>    Defendants. | Case No. 4:25-cv-00183-SHL-SBJ<br><br><br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESIST SUMMARY JUDGMENT** |

**COME NOW** Plaintiffs and Defendants Chauncey Moulding, Kelsey Koenig, and Jefferson County, Iowa, (collectively, the "Parties"), by and through their respective counsels, and respectfully move the Court to extend the deadline for Parties to file their Resistances to Motions for Summary Judgment pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(j). In support of this Motion, the Parties state as follows:

1. The Parties have filed their respective Motions for Summary Judgment.

2. The Court has scheduled (or the Parties have agreed to participate in) a settlement conference on June 23, 2026.

3. The current deadline for the Parties' Resistances to Summary Judgment is June 19, 2026.

4. The Parties have conferred in good faith, and the Parties consent to this motion.

5. The Parties believe that completing the June 23, 2026, settlement conference prior to engaging in summary judgment briefing will promote efficiency and conserve resources, as the matter may resolve or be substantially narrowed following the conference, promoting judicial economy and facilitating resolution of this matter.

1

6. The Parties further state that the Court has previously indicated a willingness to entertain a request to extend summary judgment briefing deadlines in light of the upcoming settlement conference from the status conference held on June 3, 2026.

7. Accordingly, the Parties jointly request that the Court extend Parties' deadline to file their Resistances to Motions for Summary Judgment to fourteen (14) days after the settlement conference, or July 7, 2026.

8. The deadline for Parties' Resistances to Motions for Summary Judgment has not previously been continued or extended.

9. Final Pretrial Conference set for January 5, 2027 at 11:00 a.m. in Des Moines Courthouse Room 420 before Judge Stephen H. Locher. (Dkt. 15).

10. This requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

WHEREFORE, the Parties respectfully request that the Court extend the deadline for Parties to file their Resistances to Motions for Summary Judgment to July 7, 2026, and grant such further relief as the Court deems just and appropriate.

Respectfully submitted,

**HINDERS, UPDEGRAFF, FRANKLIN & LIMKEMANN, P.L.C.**

By /s/ *Brent L. Hinders*
  Brent L. Hinders, AT0003519

Hinders, Updegraff, Franklin &
Limkemann, P.L.C.
1104 Sunset Dr

Norwalk, IA 50211
Telephone: 515.981-7504
E-mail: brent@hindesrlaw.com

**ATTORNEY FOR DEFENDANTS
CHAUNCEY MOULDING AND
JEFFERSON COUNTY**

Original Filed.
Copy to:

Attorneys for Plaintiffs

Gina Messamer
Parrish Kruidenier
2910 Grand Avenue
Des Moines, IA  50312
Telephone: (515) 284-5737
Facsimile: (515) 283-1704
gmessamer@ParrishLaw.com

Edward G. Harvey AT0003350
1600 Wonder Way
Fairfield IA, 52556
Telephone: (641) 919-8696
Email: edwardharvey98@yahoo.com

Ryan P. Sheahan
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
Phone: (515) 281-6658
Fax: (515) 281-4209
E-Mail: ryan.sheahan@ag.iowa.gov
ATTORNEY FOR DEFENDANT
KOENIG

| CERTIFICATE OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 10th day of June 2026. |
| By    ☐ U.S. Mail      ☐ Fax<br>      ☐ Hand Delivery    ☒ Electronically through CM-ECF<br>      ☐ Private Carrier    ☐ Other:_____<br>Signature*/s/* Muris Mujic |