**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| GAIL OSBORN, TIM MCCONNELL SEABA, and GORDON SEABA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHAUNCEY MOULDING, KELSEY KOENIG, and JEFFERSON COUNTY, IOWA,<br><br>    Defendants. | Case No. 4:25-cv-00183-SHL-SBJ<br><br><br>**JOINT STATUS REPORT** |

**COME NOW**  Plaintiffs and Defendants Chauncey Moulding and Jefferson County, Iowa (collectively, the "Parties"), by and through their respective counsel, pursuant to the Court's Text Order dated June 24, 2026, the parties hereby submit the following Joint Status Report:

1.  The Parties respectfully inform the Court that they have reached a tentative settlement in this matter. The parties are currently in the process of finalizing and completing the settlement documentation and related procedures.

2.  The Parties anticipate that the settlement process, including execution of all necessary documents, will be completed promptly and the procedural timing permits. Upon finalization of the settlement, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

**HINDERS, UPDEGRAFF, FRANKLIN & LIMKEMANN, P.L.C.**

By /s/ *Brent L. Hinders*
Brent L. Hinders, AT0003519

1

Hinders, Updegraff, Franklin &
Limkemann, P.L.C.
1104 Sunset Dr
Norwalk, IA 50211
Telephone: 515.981-7504
E-mail: brent@hindesrlaw.com

**ATTORNEYS FOR DEFENDANTS
CHAUNCEY MOULDING AND
JEFFERSON COUNTY**

Original Filed.
Copy to:

Attorneys for Plaintiffs

Gina Messamer
Parrish Kruidenier
2910 Grand Avenue
Des Moines, IA  50312
Telephone: (515) 284-5737
Facsimile: (515) 283-1704
gmessamer@ParrishLaw.com

Edward G. Harvey AT0003350
1600 Wonder Way
Fairfield IA, 52556
Telephone: (641) 919-8696
Email: edwardharvey98@yahoo.com

Ryan P. Sheahan
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
Phone: (515) 281-6658
Fax: (515) 281-4209
E-Mail: ryan.sheahan@ag.iowa.gov
ATTORNEY FOR DEFENDANT
KOENIG

<table>
<tr><td align="center">**CERTIFICATE OF SERVICE**</td></tr>
<tr><td>The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 26h day of June 2026. By ☒ Electronically through CM-ECF<br><br>Signature*/s/* Muris Mujic</td></tr>
</table>

2