**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| GAIL OSBORN, TIMOTHY MCCONNELL-SEABA, and GORDON SEABA,<br><br>    **Plaintiffs,**<br><br>vs.<br><br>CHAUNCEY MOULDING, KELSEY KOENIG, and JEFFERSON COUNTY, IOWA,<br><br>    **Defendants.** | Case No. **4:25-cv-183**<br><br><br><br>**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF RESISTANCE TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS** |

**COME NOW** Plaintiff Gail Osborn and Timothy McConnell-Seaba and for their statement of undisputed material facts in support of their resistance to Defendants' motions for summary judgment state as follows:

1.      Moulding was not invited into Gordon Seaba's home. (Plaintiffs MSJ Appx 70–71 (Osborn DT 42:18–43:6), Appx 74–75 (Osborn DT 46:14–47:7); Appx 77 (Osborn DT 77:5–9); Ulin BC at 15:50–16:10).

2.      When Koenig arrived, Moulding was already out of his car, standing near the driveway, arguing with Osborn. (Plaintiffs MSJ Appx 301 (Koenig DT 84:4–25)).

3.      Moulding then walked up to Gordon Seaba's door. *Id.*

4.      Osborn stood outside the main house, telling Moulding he didn't have permission to enter and he didn't have a warrant. (Plaintiffs MSJ Appx 74–75 (Osborn DT 46:14–47:7); Appx 77 (Osborn DT 77:5–9)).

5.      Moulding did not knock; he opened the door and went in without invitation. (Ulin BC at 15:50–16:10; Plaintiffs MSJ Appx 70–71 (Osborn DT 42:18–43:6)).

1

6.    Moulding then remained after being told to leave. (Plaintiffs MSJ Appx 70–71 (Osborn DT 42:10–43:24)).

7.    Osborn verbally counted down from 3 and then told Moulding she was coming in. (Plaintiffs MSJ Appx 75 (Osborn DT 47:3–:7); Appx 77 (Osborn DT 77:5–9)).

8.    After joining Moulding and Seaba inside the house, Osborn witnessed Seaba, who was still sitting in his chair inside the home, tell Moulding to "get the fuck out." (Ulin BC at 15:50–16:10; Plaintiffs MSJ Appx 70–71 (Osborn DT 42:18–43:6)).

9.    Osborn recounted these events several times to the officers on scene. (Burnett BC 1 at 1:33–:49; Ulin BC at 15:50–16:10; Burnett BC 2 at 2:36–:45; Miller BC 2 at 1:22–2:20, 13:01–:13).

10.    Moulding never denied that Seaba had told him to "get the fuck out." (*See* Burnett BC 2 at 2:36–3:20; Miller BC 2 at 13:01–:20; Miller BC 3 at 3:13–3:29).

11.    Koenig waited outside in Moulding's truck as Moulding argued with Osborn and then entered Gordon Seaba's home. (Plaintiffs MSJ Appx 302, 306–07, 308 (Koenig DT 85:1–24, 89:6–90:20, 91:7–16)).

12.    Koenig sat in the truck for a few minutes. (Plaintiffs MSJ Appx 314 (Koenig DT 97:11–17)).

13.    Koenig wondered "what was taking so long there anyway with Gordon." (Plaintiffs MSJ Appx 312 (Koenig DT 95:22–23)).

14.    Osborn left the house and went down the driveway to talk to law enforcement. (Burnett BC 1 at :20; Miller BC 2 at 1:00)

15.    Only after Koenig exited the truck, entered Gordon Seaba's home, and asked for his consent to search the property for 10 minutes, did Seaba consent to a search. (Plaintiffs MSJ Appx 308–09 (Koenig DT 91:22–92:24)).

16.    There was silence between Moudling and Seaba when Koenig entered the home. (Plaintiffs MSJ Appx 318 (Koenig DT 101:13)).

17.    Koenig described Seaba's "mannerisms lightened up a little bit from the conversation with Chauncey to then the conversation with [her]." (Plaintiffs MSJ Appx 309 (Koenig DT 92:18–21)).

18.    Osborn and McConnell Seaba consented only to Jefferson County officers' *presence* to help assist in getting Moulding and Koenig off their property for trespassing. (Pl. Osborn Ans. Ints. At 8; ECF 33-3: Plaintiffs MSJ Appx at 123 (Osborn DT 95:18-21)).

19.    McConnell-Seaba asked Jefferson County Deputy Miller to have the "DHS people" trespassed from his property. (Miller BC 1 at 1:25–:30).

20.    McConnell-Seaba asked Deputy Burnett to get the people off his property because it was the second time they'd been there and they were harassing him. (Burnett BC 1 at :30–:50; ECF 33-3: Plaintiffs MSJ Appx 401 (McConnell-Seaba  DT 64:16-21)).

21.    Gordon Seaba did not give consent for Moulding or Koenig to search Osborn and McConnell-Seaba's home. (Miller BC 2 at 3:52–3:58, 6:11–6:43, Appx 442 (Miller DT 36:22–37:1)).

22.    Koenig did not ask to go upstairs when she searched the main home on the property in the morning. (ECF No. 33-3: Plaintiff MSJ Appx at 119 (Osborn DT at 22:24).

**PARRISH KRUIDENIER, L.L.P.**

By:  __/s/ Gina Messamer_____
        Gina Messamer        AT0011823

2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: gmessamer@parrishlaw.com
**ATTORNEY FOR PLAINTIFFS**

By: ___/s/ Edward Harvey_____
Edward G. Harvey          AT0003350
1600 Wonder Way
Fairfield IA, 52556
Telephone: (641) 919-8696
Email: edwardgharvey98@yahoo.com
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: ___/s/ Gina Messamer_____

4