**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Case No. 4:25-cv-00183-SHL-SBJ : Clerk's Court Minutes – Motion Hearing

---

| Plaintiff(s) | Defendant(s) |
|---|---|
| Gail Osborn, Tim McConnell Seaba, and Gordon Seaba | Kelsey Koenig |

---

Plaintiff(s) Counsel: Gina Messamer

Defendant(s) Counsel: Ryan Patrick Sheahan

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / Ruling Reserved |
|---|---|---|
| Defendant Koenig's Motion for Summary Judgment (ECF 29) | | X |
| Plaintiffs' Motion for Summary Judgment (ECF 33) | | X |
| Plaintiff Seaba's Motion to Dismiss and Motion to Withdraw (ECF 50) | Granted | |

Proceedings:

Court convenes with counsel present for a Motion Hearing on cross partial Motions for Summary Judgment. Defendant argues in support of Defendant Koenig's Motion for Summary Judgment (ECF 29) and in resistance of Plaintiffs' Motion for Summary Judgment (ECF 33). Plaintiffs respond and argue in support of Motion for Summary Judgment (ECF 33). Defendant argues in rebuttal.

Counsel for Defendant Koenig confirms that Koenig does not resist Plaintiff Seaba's Motion to Dismiss and Motion to Withdraw (ECF 50). The Court therefore grants the Motion to Dismiss and Withdraw.

The Court considers the Motions for Summary Judgment fully submitted and will issue its ruling as promptly as possible. Court adjourns.

Time Start: 10:03 a.m.
Time End: 10:42 a.m.
Date: August 26, 2026

/s/ M. Mast
Deputy Clerk