**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **GAIL OSBORN, AND TIM MCCONNELL-SEABA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KELSEY KOENIG, CHAUNCEY MOULDING, AND JEFFERSON COUNTY IOWA,**<br><br>**Respondents.** | **CASE NO. 4:25-cv-00183**<br><br>**VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

**PLAINTIFFS' DISMISSAL**

**COME NOW**, the Plaintiffs by and through his undersigned counsel, and hereby voluntarily dismisses the above-captioned matter with prejudice against Defendants Chauncey Moulding and Jefferson without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii). Plaintiffs continue to maintain their claims against Defendant Kelsey Koenig.

**PARRISH KRUIDENIER, L.L.P.**

By: /s/ Gina Messamer
Gina Messamer AT0011823
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: gmessamer@parrishlaw.com
**ATTORNEY FOR PLAINTIFF**

## DEFENDANTS' STIPULATION

**COME NOW**, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

**HINDERS, UPDEGRAFF, FRANKLIN & LIMKEMANN, P.I.C.**

By */s/ Brent L. Hinders*
Brent L. Hinders, AT0003519

Hinders, Updegraff, Franklin & Limkemann, P.L.C.
1104 Sunset Dr
Norwalk, IA 50211
Telephone: 515.981-7504
E-mail: brent@hindesrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.