UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GAIL OSBORN AND TIM MCCONNELL SEABA,<br><br>Plaintiffs,<br><br>v.<br><br>KELSEY KOENIG,<br><br>Defendant. | Case No. 4:25-cv-183 -SHL-SBJ<br><br>NOTICE OF APPEAL |

Notice is hereby given that Defendant Kelsey Koenig appeals to the United States Court of Appeals for the Eighth Circuit regarding the District Court's order granting in part and denying in part Plaintiffs' Partial Motion for Summary Judgment (ECF 33), and granting in part and denying in part Defendant's Motion for Summary Judgment (ECF 29), entered on October 14, 2026 (ECF 61), which denied Defendant Koenig's assertion of qualified immunity as to Plaintiffs' 42 U.S.C. § 1983 claim.

Respectfully Submitted,

**BRENNA BIRD**
Attorney General of Iowa

**/s/ RYAN P. SHEAHAN**
**RYAN P. SHEAHAN**
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
PHONE: (515) 281-6658
FAX: (515) 281-4209
E-MAIL: ryan.sheahan@ag.iowa.gov
ATTORNEY FOR DEFENDANT KOENIG

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 4, 2026.

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivery
- ☐ Overnight Courier
- ☐ Federal Express
- ☐ Other
- ☒ ECF System Participant (Electronic Service)

Signature: /s/ *Jodi R. Watson*________