UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GAIL OSBORN, TIM MCCONNELL SEABA, AND GORDON SEABA,<br><br>Plaintiffs,<br><br>v.<br><br>KELSEY KOENIG,<br><br>Defendant. | Case No. 4:25-cv-183 -SHL-SBJ<br><br>**DEFENDANT KELSEY KOENIG'S MOTION FOR STAY OF DISTRICT COURT ORDER PENDING APPEAL** |

**COMES NOW** Defendant, Kelsey Koenig, and for her Motion for Stay of District Court Order Pending Appeal, states the following:

1. On October 14, 2026, the District Court entered its Order (ECF 61) granting in part and denying in part Plaintiffs' Partial Motion for Summary Judgment (ECF 33) and granting in part and denying in part Defendant's Motion for Summary Judgment (ECF 29). The Order denied Defendant Koenig's assertion of qualified immunity as to Plaintiffs' 42 U.S.C. § 1983 claim.

2. The Order stated that "[a] jury trial will now be held to determine the amount of Plaintiffs' damages on the portion of Count I for which summary judgment has been granted in their favor." (ECF 61at 15).

3. On November 4, 2026, Defendant Koenig filed her Notice of Appeal (ECF 62).

4. Under the collateral order doctrine, a district court's denial of a claim of qualified immunity is immediately appealable, to the extent it turns on a question of law. *See, Mitchell v. Forsyth,* 472 U.S. 511, 528 (1985), *Mettler v. Whitledge,* 165 F.3d 1197, 1202 (8th Cir. 1999).

5. Here, the Court found there were "no disputed material facts." (ECF 61 at 15), allowing appeal of the legal question of whether qualified immunity applies

6. Under Federal Rule of Appellate Procedure 8(a)(1), Defendant Koenig now moves this Court to issue a stay of its Order (ECF 61), pending the outcome of Defendant's appeal. *See* Fed. R. App. P.8(a)(1) (following an appeal, a party must "ordinarily move first in the district court for the following relief: (A) a stay of the judgment or order of a district court order pending appeal").

Respectfully Submitted,

**BRENNA BIRD**
Attorney General of Iowa

**/s/ RYAN P. SHEAHAN**
**RYAN P. SHEAHAN**
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
PHONE: (515) 281-6658
FAX: (515) 281-4209
E-MAIL: ryan.sheahan@ag.iowa.gov
ATTORNEYS FOR DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 5, 2026:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ ECF System Participant (Electronic Service)
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/Jodi R. Watson